# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PHYLLIS HARRIS, as Personal Representative of the Estate of Jamal Ferrell** | : <br> : <br> : <br> : |
| Plaintiff, | : <br> : <br> : |
| v. | :    Case No.: 20-cv-00008 CRC <br> : |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY** | : <br> : <br> : |
| Defendant. | : <br> : |

## WMATA'S MOTION TO EXTEND TIME

NOW COMES defendant, Washington Metropolitan Area Transit Authority ("WMATA"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b)(1)(A), hereby moves this Court to extend time for WMATA to respond to Plaintiff's Complaint and for reasons state the following:

1. On or about December 9, 2019, Plaintiff filed the instant wrongful death and survival action against WMATA for negligence in the Superior Court of the District of Colombia.

2. On January 3, 2020, WMATA removed the instant action to this Court pursuant to Section 81 of the WMATA Compact, which is codified under D.C. Code §9-1107.10(81).

3. Pursuant to Fed. R. Civ. P. 81(c)(2)(C), WMATA has seven days from the filing of removal to respond to Plaintiff's Complaint. January 10, 2020 is the seventh day.

4. Counsel for WMATA is still in the process of gathering pertinent information about the instant action and needs additional time to file a response.

5. WMATA respectfully requests a one-week extension of time to respond to Plaintiff's Complaint. WMATA requests that it be allowed to respond to Plaintiff's Complaint on or before January 17, 2020.

6. Counsel for Plaintiff consented to the instant extension request on January 9, 2019.

WHEREFORE, based on the above averments and for good cause shown, WMATA respectfully requests that it be allowed an extension to January 17, 2020 to respond to Plaintiff's Complaint.

Respectfully submitted,

**WASHINGTON METROPOLITAN AREA TRASIT AUTHORITY**
By Counsel:

/s/ *Neal M. Janey, Jr.*
Neal M. Janey, Jr.
*Bar No.:* 995449
Senior Counsel
Office of General Counsel - WMATA
600 Fifth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 962-1067
Facsimile: (202) 962-2550
Email: nmjaney@wmata.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **WMATA's Motion to Extend Time** was electronically filed and was served by this Court's electronic filing system on this 10th day of January 2020 on:

Dawn R. Jackson, Esquire
Jackson & Associates Law Firm, LLC
1300 Caraway Court, Suite 100
Upper Marlboro, Maryland 20774

Howard Haley, Esquire
The Haley Firm, PC
7600 Georgia Avenue, NW # 405
Washington, DC 20012

/s/ *Neal M. Janey, Jr.*
Neal M. Janey, Jr

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PHYLLIS HARRIS, as Personal Representative of the Estate of Jamal Ferrell** : : : : Plaintiff, : : : v. : : **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY** : : Defendant. : : : | Case No.: 20-cv-00008 CRC |

# ORDER

UPON CONSIDERATION of defendant Washington Metropolitan Area Transit Authority's (WMATA) Motion to Extend Time and for good cause demonstrated, it is this _____ day of January 2020, hereby ORDERED by the United States District Court for the District of Columbia:

1. That WMATA's Motion to Extend Time is hereby GRANTED; and it is further ORDERED:

2. That WMATA shall respond to Plaintiff's Complaint on or before January 17, 2020.

_____
JUDGE Christopher R. Cooper
United States District Court for the District of Columbia