UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PHYLLIS HARRIS, as Personal Representative of the Estate of JAMAL FERRELL,**<br><br>                              **Plaintiff,**<br><br>      vs.<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,**<br><br>                              **Defendant.** | **Civil Action No. 1:20-cv-00008-CRC** |

## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Upon consideration of Defendant Washington Metropolitan Area Transit Authority's Motion to Dismiss or, in the alternative, for Summary Judgment, any opposition thereto, and the relevant legal authorities, it is hereby

**ORDERED** that Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment, is **GRANTED**; [therefore, this action **IS DISMISSED WITH PREJUDICE.**] [therefore, the Clerk of the Court shall enter judgment for Defendant Washington Metropolitan Area Transit Authority on each of Plaintiff's claims.]

**SO ORDERED.**

_____
CHRISTOPHER R. COOPER
United States District Judge
District of Columbia