<p style="text-align:center; color:red;">**Exhibit # 1**</p>

| | |
|---|---|
| **From:** | Monn, Erin W. |
| **To:** | jeffrey_zalesin@dcd.uscourts.gov; cooper_chambers@dcd.uscourts.gov; haleyfirm@gmail.com; djackson@jacksonassociateslawfirm.com |
| **Cc:** | Cuthbertson, James D.; Janey, Neal M. |
| **Subject:** | 1:20-cv-00008-CRC Harris v. WMATA Motion for Summary Judgment Exhibits 1&2 |
| **Date:** | Friday, October 30, 2020 2:38:47 PM |

**You have received 1 secure file from EWMonn@wmata.com.**
Use the secure link below to download.

**Good Afternoon,**

Please find attached Exhibits 1 and 2 for the case of Harris v. WMATA, case number 1:20-cv-00008-CRC regarding the recently filed Motion for Summary Judgment.

For best downloading and viewing capabilities, please use the Google Chrome browswer when opening the link. Then, before clicking to download the file, please select "CTF" on the drop down menu to the right of the file.

Please let me know if you have any difficulty opening or downloading the file.

Sincerely,

Erin W. Monn

Litigation Paralegal

WMATA

600 Fifth Street, NW, 2E-05

Washington, DC  20001

P: 202-962-1737

F: 202-962-2550

E: ewmonn@wmata.com

*This transmission is intended only for the proper recipient(s).  It is confidential and may contain attorney-client privileged information or information prepared in anticipation of litigation.  If you are not the proper recipient, please notify the sender immediately and delete this message.  Any unauthorized review, copying, or use of this message is prohibited.*

**Secure File Downloads:**

Available until: **13 November 2020**

Click link to download:

**Audio Files Exhibits 1 & 2.zip**
94.99 MB, Fingerprint: 4b13d4da3ee476b8196b27c22c971a38 (What is this?)

You have received attachment link(s) within this email sent via WMATA's Accellion Secure File Transfer. To retrieve the attachment(s), please click on the link(s).

Secured by Accellion