Dear Customer,

<div style="color:red; text-align:center;">Exhibit # 2</div>

The following is the proof-of-delivery for tracking number: 771952586150

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | Signature not required | **Delivery Location:** | 7600   GEORGIA AVE NW 405 |
| **Service type:** | FedEx 2Day | | WASHINGTON, DC, 20012 |
| **Special Handling:** | Deliver Weekday | **Delivery date:** | Nov 2, 2020 11:08 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 771952586150 | **Ship Date:** | Oct 30, 2020 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Howard Haley, Esq.,
7600 Georgia Avenue, NW
Suite 405
WASHINGTON, DC, US, 20012

**Shipper:**
Susan Serrian, Metro Legal
600 5th Street NW Suite 2D
Washington, DC, US, 20001

**Reference**            Ferrell, NMJ

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx