Dear Customer,

The following is the proof-of-delivery for tracking number: 771952543103

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | Signature release on file | **Delivery Location:** | 1300   CARAWAY CT   2077 |
| **Service type:** | FedEx 2Day | | UPPER MARLBORO, MD, 20774 |
| **Special Handling:** | Deliver Weekday | **Delivery date:** | Nov 3, 2020 14:14 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 771952543103 | **Ship Date:** | Oct 30, 2020 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Dawn Anderson-Jackson, Esq.,
1300 Caraway Court
Suite 100
UPPER MARLBORO, MD, US, 20774

**Shipper:**
Susan Serrian, Metro Legal
600 5th Street NW Suite 2D
Washington, DC, US, 20001

**Reference**          Ferrell NMJ

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx