# Janey, Neal M.

| | |
|---|---|
| **From:** | Haley Firm <haleyfirm@gmail.com> |
| **Sent:** | Monday, November 16, 2020 4:54 PM |
| **To:** | Janey, Neal M. |
| **Cc:** | Dawn Jackson |
| **Subject:** | <External>Extension to respond |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and have verified the authenticity of the message.

Neal,
I just noticed that the calendar for a response is due by Thursday of this week and I have had a slammed calendar due to covid and request your consent for us to respond by December 7, 2020 to the motion.  Do you consent to our request for an extension to respond to your Motion for Summary Judgment?

Please advise,

```
Howard Haley, Esq.
The Haley Firm, PC
7600 Georgia Ave, NW, #405
Washington, DC 20012

O: (202) 810-6329
F: (202) 706-7375
```

HaleyFirm@gmail.com

```
--------------------------------------------------------
```
This Internet E-mail contains confidential, privileged information intended for addressee only. Please do not read, copy, print or forward it unless you are the intended addressee. If you have received this E-mail in error, please immediately contact the sender at 202-810-6329 or HaleyFirm@gmail.com.
Please then delete this message from your computer.
```
--------------------------------------------------------
```